UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **T & F Properties, LLC,** a California Limited Liability Company; <br> **The Pub & Lounge, LLC,** a California Limited Liability Company; and Does 1-10, <br><br> Defendants | Case No. 2:14-CV-01503-MCE-KJN <br><br> ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS |

   Pursuant to the parties' stipulation (ECF No. 19), the deadline to file dispositional documents is extended to April 27, 2016.

   IT IS SO ORDERED.

Dated:  March 30, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1