UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>　　v.<br><br>T & F PROPERTIES, LLC, a California Limited Liability Company;<br>THE PUB & LOUNGE, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants | No. 2:14-CV-01503-MCE-KJN<br><br>ORDER EXTENDING DATE FOR FILING DISPOSITIONAL DOCUMENTS |

Pursuant to the parties' stipulation (ECF No. 21) the deadline to file dispositional documents is extended to May 27, 2016.

IT IS SO ORDERED.

Dated: May 4, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1