UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>         Plaintiff,<br>    v.<br><br>T & F PROPERTIES, LLC, a California Limited Liability Company;<br>THE PUB & LOUNGE, LLC, a California Limited Liability Company; and Does 1-10,<br><br>         Defendants | Case No. 2:14-CV-01503-MCE-KJN<br><br>ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS |

Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants T & F PROPERTIES, LLC, a California Limited Liability Company and THE PUB & LOUNGE, LLC, a California Limited Liability Company ("Defendants") hereby stipulate to extend the deadline to file Dispositional documents to June 27, 2016.

IT IS SO ORDERED.

Dated: May 26, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

Proposed Order                                                    2:14-CV-01503-
MCE-KJN