UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

T & F PROPERTIES, LLC, a California Limited Liability Company;
THE PUB & LOUNGE, LLC, a California Limited Liability Company; and Does 1-10,

    Defendants.

Case: 2:14-CV-01503-MCE-KJN

**ORDER**

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1) and the parties' Stipulation (ECF No. 28), this action is hereby ordered DISMISSED with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: August 12, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE